IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM TAGGART, on behalf of himself and others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>　　　　　　　　　Defendant. | :<br>:<br>:<br>:　Civil Action No. 3:23-cv-03655-<br>:　GC-DEA<br>:<br>:<br>:<br>:<br>: |

## PLAINTIFF'S UNOPPOSED MOTION
## FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiff William Taggart ("Plaintiff"), by and through his undersigned attorneys, files this Unopposed Motion for Preliminary Approval of Class Action Settlement.

This case concerns Plaintiff's allegations that Defendant FedEx Ground Package System, Inc. ("Defendant") violated the New Jersey Wage and Hour Law, N.J.S.A. 34:11-56a *et seq.* ("NJWHL"), by failing to pay hourly employees all of their earned wages for time spent on Defendant's premises before and after their shifts waiting for and undergoing security screenings and walking to and from security screenings to timeclocks.

Following a mediation process discussed in further detail in the accompanying Memorandum, the Parties have entered into a Settlement Agreement ("Agreement"

or "Settlement") (attached as **Exhibit 1**) that resolves the class action claims alleged in this matter subject to the approval of the Court.  As set forth in the Agreement, the Parties were able to reach a settlement for a total ***non-reversionary*** Gross Settlement Amount of Eight Million Five Hundred Thousand Dollars and Zero Cents ($8,500,000.00) to resolve the claims of approximately 97,795 class members. Plaintiff hereby moves for preliminary approval of the Settlement.

Plaintiff's Motion should be granted because the proposed Agreement satisfies all of the criteria for preliminary approval and falls well within the range of reasonableness. Plaintiff respectfully requests that the Court: (1) preliminarily approve the Parties' Settlement as fair, reasonable, and adequate; (2) preliminarily appoint Plaintiff William Taggart as the Settlement Class Representative; (3) preliminarily appoint Plaintiff's Counsel, Bailey & Glasser LLP; Winebrake & Santillo, LLC; and Lichten & Liss-Riordan, P.C., as Class Counsel; (4) appoint Rust Consulting as Administrator; (5) preliminarily certify the Settlement Class for settlement purposes only; (6) approve the proposed Notice Form; (7) direct Notice to be sent to the Settlement Class Members in the form and manner proposed as set forth in the Agreement; (8) set a date for a Final Approval Hearing; and (9) set deadlines for Settlement Class Members to object to or exclude themselves from the Settlement. Plaintiff's counsel have conferred with Defendant in advance of filing

this Motion which advised that it agrees the Court should preliminarily approve the parties' proposed settlement.

DATED:  February 18, 2026         Respectfully submitted,

/s/ Krysten L. Connon
Krysten L. Connon (NJSB # 016732012)
Sarah R. Schalman-Bergen (*pro hac vice*)
Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
Tel.: (617) 994-5800
ssb@llrlaw.com
kconnon@llrlaw.com

Lawrence J. Lederer, Esq. (*pro hac vice*)
Bailey & Glasser LLP
1055 Thomas Jefferson Street, NW
Suite 540
Washington, DC 20007
Tel. (202) 463-2101
llederer@baileyglasser.com

Peter Winebrake (*pro hac vice*)
Deirdre Aaron (*pro hac vice*)
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
Tel: (215) 884-2491
pwinebrake@winebrakelaw.com
daaron@winebrakelaw.com

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of February 2026, the foregoing was served to counsel of record via email, and the CERTIFICATE OF SERVICE for same was filed with the Clerk of the Court using the CM/ECF System. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic system as indicated on the Notice of Electronic Filing.

                                                  */s/ Krysten Connon*
                                                   Krysten Connon